UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:09-CR-51(01) RM |
| ) | |
| CALVIN R. EVERETT ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on August 19, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 20], ACCEPTS defendant Calvin Everett's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 841.

SO ORDERED.

ENTERED:   September 9, 2009

　　　　　　　　　　　　　　  /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　United States District Court